UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA       :

v.                                              :         Case No. 8:22-CR-334-KKM-AEP

ROGER LEE CALDWELL, JR.        :

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, ROGER LEE CALDWELL, JR., by and through his undersigned counsel, hereby moves this Honorable Court to continue the Sentencing Hearing currently scheduled to begin on May 15th, 2024, at 10:00AM, as grounds therefore, states as follows:

1. Undersigned counsel is scheduled for a medically necessary surgery on Saturday May 11, 2024. It is anticipated that counsel will be in the hospital for two to three days following the surgery and recuperating at home the remainder of the week of May 13, 2024.

2. Further, defendant has been hospitalized outside the detention facility since March 31st 2024 and is expected to be discharged from the hospital back to the jail today.

3. Counsel does not believe a lengthy continuance is required, but would ask for a minimum of two weeks from the current date of May 15, 2024.

4.      Counsel has consulted with opposing counsel, AUSA Courtney Derry, regarding the instant motion and she has no objection to the requested continuance.

5.      Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the sentencing hearing until an available date after May 30, 2024.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077